Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 20 PM 3: 37

DEPUTY

Randy Nunez, on behalf of Himself, and all others similarly situated

vs

MICROSOFT CORPORATION, a Washington Corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV2209 L (WMC)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Todd D. Carpenter, Esq. 234464
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
501 West Broadway, Suite 1450
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

11/20/07
DATE

By J. HIN_____, Deputy Clerk

Summons in a Civil Action                                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)