

**Nunez**                                          **07cv2209-L (WMC)**

**-v-**

**Microsoft Corporation, et al.**

# STRICKEN DOCUMENT

**3-Stipulation and (proposed) Order Extending Time to Answer or Otherwise Respond to Complaint**

**3**