

**FILED**

**12/11/2007**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                                    DEPUTY

**Nunez**                                                                 **07cv2209-L (WMC)**

**-v-**

**Microsoft Corporation, et al.**


# STRICKEN DOCUMENT


**5-Joint Motion for Extension of Time to Respond to Complaint**


**5**