1  GREGORY P. STONE (State Bar No. 78329)
   Email: Gregory.Stone@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
4  Facsimile:     (213) 687-3702

5  ROSEMARIE T. RING (State Bar No. 220769)
   Email: Rose.Ring@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
8  Facsimile:     (415) 512-4077

9  Attorneys for Defendants
   MICROSOFT CORPORATION
10 BUNGIE, L.L.C.

   ANDREW S. FRIEDMAN
   Email: afriedman@bffb.com
   GARRETT W. WOTKYNS
   Email: gwotkyns@bffb.com
   BONNETT, FAIRBOURN, FRIEDMAN &
   BALINT, P.C.
   2901 N. Central Avenue, Suite 1000
   Phoenix, AZ 85012
   Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702

   TODD CARPENTER
   Email: tcarpenter@bffb.com
   501 West Broadway Suite 1450
   San Diego, CA 92101
   Telephone:     (415) 512-4000

   Attorneys for Plaintiff
   RANDY NUNEZ, on Behalf of Himself,
   and All Others Similarly Situated

11

12                     UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

15 | RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated, | CASE NO. 07 CV 2209 L (WMC)
16 |                                                                      | **JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
17 | Plaintiffs,                                                          |
18 | vs.                                                                  |
19 | MICROSOFT CORPORATION, a Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company, |
20 |                                                                      |
21 | Defendants.                                                          |

22

23

24

25

26

27

28

4059168.1                                                    CASE NO.  07 CV 2209 L (WMC)

1     WHEREAS, defendant Bungie L.L.C. has not yet retained counsel to represent it in this
2 matter, but has agreed that counsel for defendant Microsoft Corporation may represent it at this
3 time for the limited purpose of obtaining the relief requested in this stipulation;

4     WHEREAS, the Complaint in this matter was filed on November 20, 2007;

5     WHEREAS, defendant Microsoft Corporation was served with the Summons and
6 Complaint on November 21, 2007, the day before Thanksgiving;

7     WHEREAS defendant Bungie L.L.C. was served with the Summons and Complaint on
8 November 26, 2007;

9     WHEREAS, pursuant to FRCP 12(a)(1)(A), defendant Microsoft Corporation has only
10 until December 11, 2007, to answer or otherwise respond to the Complaint;

11     WHEREAS, the parties have agreed that allowing additional time to investigate the facts
12 and issues arising from the matters set forth in the Complaint is appropriate and will facilitate a
13 more efficient and effective presentation of the case;

14     WHEREAS, plaintiff has agreed, subject to the approval of this Court, to extend the time
15 within which defendants must answer or otherwise respond to the complaint to and including
16 January 11, 2008;

17     WHEREAS, defendants have agreed that, in the event that either defendant moves to
18 dismiss the Complaint, plaintiff shall have until and including February 8, 2008 to file a brief in
19 opposition to that motion,

20     NOW THEREFORE, plaintiff and defendants, through their respective counsel of record,
21 hereby stipulate to and seek Court approval of the following:

22     Pursuant to Civil L.R. 12.1, defendants shall have until and including January 11, 2008 to
23 answer or otherwise respond to the Complaint.  In the event that either defendant moves to

1  dismiss the Complaint, plaintiff shall have until and including February 8, 2008 to file a brief in
2  opposition to that motion.
3           Pursuant to Local Rule ECF 2(f)(4), I, Rosemarie T. Ring, certify that I obtained
4  authorization from Todd D. Carpenter for his electronic signature on this document following his
5  review and acceptance of its contents.

6  DATED: December 12, 2007                      MUNGER, TOLLES & OLSON LLP

8                                                By: *s/* Rosemarie T. Ring
9                                                      ROSEMARIE T. RING
                                                       rose.ring@mto.com

10                                               Attorney for Defendant
11                                               MICROSOFT CORPORATION and appearing
                                                 specially on behalf of Defendant BUNGIE,
12                                               L.L.C. for the purpose of entering into this
                                                 Stipulation

14                                               BONNETT, FAIRBOURN, FRIEDMAN &
                                                 BALINT, P.C.

16                                               By: *s/* Todd D. Carpenter
17                                                     TODD D. CARPENTER
                                                       tcarpenter@bffb.com

18                                               Attorneys for Plaintiff
19                                               RANDY NUNEZ, on Behalf of Himself, and
                                                 All Others Similarly Situated

4059168.1                        - 3 -                    CASE NO.  07 CV 2209 L (WMC)