# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

    I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is 560 Mission Street, 27th Floor, San Francisco, California 94105.

    On December 12, 2007, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

[X] By placing ☐ the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

[X] **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON SERVICE LIST)** I caused such envelope(s) to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business.

[ ] **BY MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** I caused such envelope(s) to be deposited with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter.

[X] **BY ELECTRONIC MAIL (AS INDICATED ON SERVICE LIST)** I caused such documents to be sent by electronic mail.

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on December 12, 2007, at San Francisco, California.

_____
Steven Uhrig

4088288.1

1

# SERVICE LIST

Andrew S. Friedman
Garrett W. Wotkyns
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone:    (602) 274-1100
Facsimile:    (602) 274-1199

Email: afreiedman@bffb.com;
gwotkyns@bffb.com

Service by Federal Express and Email

Gregory P. Stone
Munger, Tolles & Olson, LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Email: Gregory.Stone@mto.com

Service by Email

Todd Carpenter
Bonnett, Fairbourn, Friedman & Balint, P.C.
501 West Broadway Suite 1450
San Diego, CA 92101

Telephone:    (619) 756-6978
Facsimile:    (602) 274-1199

Email: tcarpenter@bffb.com

Service by Federal Express and Email

Martin Bern
Munger, Tolles & Olson, LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Email: Martin.Bern@mto.com

Service by Email