1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated, | CASE NO. 07 CV 2209 L (WMC) |
| 12                    Plaintiffs, | **ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| 13       vs. | |
| 14  MICROSOFT CORPORATION, a Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company, | |
| 15 | |
| 16                    Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

4077403.1                                                    CASE NO.  07 CV 2209 L (WMC)

## ORDER

Having considered the parties' Joint Motion to Extend Time to Answer or Otherwise Respond to the Complaint and finding good cause, the joint motion is HEREBY GRANTED.

IT IS FURTHER ORDERED that the time by which Defendants must respond to the Complaint be extended to and including January 11, 2008; and

IT IS FURTHER ORDERED that, in the event either Defendant moves to dismiss the Complaint, the time by which Plaintiff must file a brief in opposition to such a motion be extended to until and including February 8, 2008.

Dated: December 13, 2007

_____
United States District Court Judge

4077403.1                                                   - 2 -                                     CASE NO. 07 CV 2209 L (WMC)