1  GREGORY P. STONE (State Bar No. 78329)
   Email: Gregory.Stone@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
4  Facsimile:    (213) 687-3702

5  ROSEMARIE T. RING (State Bar No. 220769)
   Email: Rose.Ring@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
8  Facsimile:    (415) 512-4077

9  Attorneys for Defendants
   MICROSOFT CORPORATION and
10 BUNGIE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company, ,<br><br>Defendants. | CV NO. 07cv2209-L (WMC)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)<br><br>Judge:    Hon. M. James Lorenz<br>Location: Courtroom 14<br>Date:     March 10, 2008<br>Time:     10:30 a.m. |

4245798.1

NOTICE OF MOTION AND MOTION TO
DISMISS COMPLAINT
CV No. 07cv2209-L (WMC)

1  TO PLAINTIFF AND HIS COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that on March 10, 2008, at 10:30 a.m., or as soon thereafter as
3  counsel may be heard before the Honorable M. James Lorenz in Courtroom 14 of the United
4  States District Court for the Southern District of California, located at the Edward J. Schwartz
5  United States Courthouse, 940 Front Street, San Diego 92101, Defendants Microsoft Corporation
6  and Bungie, LLC will and hereby do move this Court for an order dismissing Plaintiff's
7  Complaint.

8      This Motion is made pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil
9  Procedure.

10     This Motion is based upon the Memorandum of Points and Authorities attached hereto, the
11 pleadings and records on file in this action and such additional authority and argument as may be
12 presented in reply papers and at the hearing on this Motion.

14 DATED: January 10, 2008        MUNGER, TOLLES & OLSON LLP

16                                       By:      s/*Rosemarie T. Ring*
17                                               ROSEMARIE T. RING
                                              rose.ring@mto.com

19 Attorneys for Defendants
   MICROSOFT CORPORATION and
20 BUNGIE, LLC