1  GREGORY P. STONE (State Bar No. 78329)
   Email: Gregory.Stone@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, CA 90071-1560
   Telephone:   (213) 683-9100
4  Facsimile:   (213) 687-3702

5  ROSEMARIE T. RING (State Bar No. 220769)
   Email: Rose.Ring@mto.com
6  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
7  San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
8  Facsimile:   (415) 512-4077

9  Attorneys for Defendants
   MICROSOFT CORPORATION and
10 BUNGIE, LLC

11

12              UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated, | CV NO. 07cv2209-L (WMC) |
| 16 | **CERTIFICATE OF SERVICE** |
| 17 Plaintiffs, | |
| vs. | |
| 18 | |
| MICROSOFT CORPORATION, a | |
| 19 Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability | |
| 20 Company,, | |
| 21 Defendants. | |

22

23

24

25

26

27

28

4245803.1

CERTIFICATE OF SERVICE
CV No. 07cv2209-L (WMC)

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is 560 Mission Street, 27th Floor, San Francisco, California 94105.

On January 10, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)**

**CERTIFICATE OF SERVICE**

[X] By placing ☐ the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

[X] **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON SERVICE LIST)** I caused such envelope(s) to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business.

☐ **BY MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** I caused such envelope(s) to be deposited with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter.

[X] **BY ELECTRONIC MAIL (AS INDICATED ON SERVICE LIST)** I caused such documents to be sent by electronic mail.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 10, 2008, at San Francisco, California.

Steven Uhrig

## SERVICE LIST

| | |
|---|---|
| Andrew S. Friedman<br>Garrett W. Wotkyns<br>Bonnett, Fairbourn, Friedman & Balint, P.C.<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>Telephone: (602) 274-1100<br>Facsimile: (602) 274-1199<br><br>Email: afreiedman@bffb.com;<br>gwotkyns@bffb.com<br><br>Service by Federal Express and e-mail | Todd Carpenter<br>Bonnett, Fairbourn, Friedman & Balint, P.C.<br>501 West Broadway Suite 1450<br>San Diego, CA 92101<br><br>Telephone: (619) 756-6978<br>Facsimile: (602) 274-1199<br><br>Email: tcarpenter@bffb.com<br><br>Service by Federal Express and e-mail |