**07CV2209-L(WMC)**

**Randy Nunez**

**-v-**

**Microsoft Corporation**

**STRICKEN PER ORDER [12]**

**10**