| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Todd D. Carpenter, Esq., Bar #234464<br>Bonnett Fairbourn Friedman<br>& Balint, P.C.<br>501 West Broadway, Suite 1450<br>San Diego, CA 92101<br>*Telephone No:* 619-756-6978   *FAX No:* 602-274-1199 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of California | | |
| *Plaintiff:* Randy Nunez, et al.<br>*Defendant:* Microsoft Corporation, et al. | | |

| PROOF OF SERVICE<br>Summons/Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV2209L(WMC) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet

3. a. Party served:
   b. Person served:
   
   Microsoft Corporation, a Washington Corporation
   Becky DeGeorge, Person Authorized to Accept Service

4. Address where the party was served:
   
   CSC Lawyers
   2730 Gateway Oaks Dr. # 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Nov. 21, 2007 (2) at: 12:57PM

7. *Person Who Served Papers:*
   a. Mike Singh
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    2000-02
      (iii) County:             Sacramento
      (iv) Expiration Date:     Fri, Jan. 04, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Nov. 26, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons/Complaint

(Mike Singh)

tocar.101843