## CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2008, I electronically filed Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Complaint Under Rule 12(b)(6) and Rule 9(b) with the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to those registered with the Court:

Rose.ring@mto.com, gregory.stone@mto.com, steven.uhrig@mto.com


s/ Todd D. Carpenter
Todd D. Carpenter, Esq.

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
501 West Broadway, Suite 1450
San Diego, CA 92101
Telephone: 619/756-6978
602/274-1199 (fax)
E-mail: tcarpenter@bffb.com

Case No. 07cv2209-L (WMC)
CERTIFICATE OF SERVICE OF PLAINTIFF'S MEMORANDUM IO TO DEFENDANTS' MOTION TO DISMISS COMPLAINT