1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                       SOUTHERN DISTRICT OF CALIFORNIA

9

10   RANDY NUNEZ,                          )    Civil No. 07cv2209-L(WMC)
                                           )
11              Plaintiff,                 )    **ORDER RE:  ORAL ARGUMENT**
                                           )
12   v.                                    )
                                           )
13   MICROSOFT CORPORATION, a              )
     Washington corporation, *et al.*,     )
14                                         )
                Defendants.                )
15   _____       )

16       Currently scheduled on this court's calendar for March 10, 2008 is Defendants' Motion to

17   Dismiss Complaint Under Rule 12(b)(6) and 9(b).  The court finds the motion suitable for

18   determination on the papers and without oral argument in accordance with Civil Local Rule

19   7.1(d)(1).  Accordingly, no appearances are required on March 10, 2008 and the motion will be

20   deemed submitted as of that date.

         **IT IS SO ORDERED.**

21

22

23   DATED:  March 3, 2008

24                                         _____
                                           M. James Lorenz
25                                         United States District Court Judge

     COPY TO:

26   HON. WILLIAM McCURINE, Jr.
     UNITED STATES MAGISTRATE JUDGE
27
     ALL PARTIES/COUNSEL
28

                                                                    07cv2209