BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Andrew S. Friedman (to be admitted *pro hac vice*)
Garrett W. Wotkyns (admitted *pro hac vice*)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone:   (602) 274-1100
Facsimile:    (602) 274-1199

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Todd D. Carpenter (CA 234464)
501 West Broadway Suite 1450
San Diego, California 92101
Telephone:   (619) 756-6978
Facsimile:    (602) 274-1199

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company,<br><br>Defendants. | CV NO. 07cv2209-L (WMC)<br><br>**PLAINTIFF'S EX PARTE APPLICATION SEEKING LEAVE OF COURT TO FILE PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b) AND [PROPOSED] ORDER; POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION; DECLARATION OF TODD D. CARPENTER; AND PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)**<br><br>Judge:   Hon. M. James Lorenz |

Plaintiff hereby applies to the Court ex parte for an Order granting Plaintiff leave to file Plaintiff's Surreply in Opposition to Defendants' Motion to Dismiss Complaint

1

06-CV-1012 WQH RBB

Under Rule 12(b)(6) and Rule 9(b) (hereinafter referred to as "Defendants' Motion" or "Motion"). Defendants' counsel objects to Plaintiff's ex parte request.

A Surreply is both necessary and appropriate here, as Defendants have raised for the first time in their Reply Memorandum In Support of Motion to Dismiss Complaint Under Rule 12(b)(6) and Rule 9(b) ("Reply Mem.") several new and important arguments – among them, that "[t]he Song-Beverly Act does not supersede the [Uniform] Commercial Code's requirement of pre-suit notice before bringing a breach of warranty claim" and that *Mocek v. Alpha Leisure*, 114 Cal. App. 4th 402 (Cal. App. 4 Dist., 2003) is irrelevant to whether pre-suit notice is required for Song-Beverly Act implied warranty claims. (Reply Mem. at 4-5.)  Plaintiff's application is supported by the attached Memorandum of Points and Authorities, the Declaration of Todd D. Carpenter, and the Court's case file.

Dated March 5, 2008             /s/Todd D. Carpenter
                                **BONNETT, FAIRBOURN, FRIEDMAN**
                                **& BALINT, P.C.**
                                Andrew S. Friedman, Esq. (*to be admitted Pro Hac Vice*)
                                Garrett W. Wotkyns (admitted *pro hac vice*)
                                Todd D. Carpenter (CA Bar 234464)
                                501 West Broadway Suite 1450
                                San Diego, CA 92101
                                Telephone:  (619) 756-6978
                                Facsimile:  (602) 274-1199
                                Attorneys for Plaintiff