BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Andrew S. Friedman (to be admitted *pro hac vice*)
Garrett W. Wotkyns (admitted *pro hac vice*)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone:     (602) 274-1100
Facsimile:      (602) 274-1199

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Todd D. Carpenter (CA 234464)
501 West Broadway Suite 1450
San Diego, California 92101
Telephone:     (619) 756-6978
Facsimile:      (602) 274-1199

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICROSOFT CORPORATION, a Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | CV NO. 07cv2209-L (WMC)<br><br>CERTIFICATE OF SERVICE |

1

06-CV-1012 WQH RBB

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is Bonnett, Fairbourn, Friedman & Balint, PC, 501 West Broadway Suite 1450, San Diego, CA 92101.

On March 5, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

PLAINTIFF'S EX PARTE APPLICATION SEEKING LEAVE OF COURT TO FILE PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b) AND [PROPOSED] ORDER; POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION; DECLARATION OF TODD D. CARPENTER; AND PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION SEEKING LEAVE OF COURT TO FILE PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)

DECLARATION OF TODD D. CARPENTER IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION SEEKING LEAVE OF COURT TO FILE PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)

PROPOSED ORDER

CERTIFICATE OF SERVICE

X    By Electronic Mail (as indicated on Service List) I caused such documents to be sent by electronic mail

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed this 5th day of March, 2008.

                                            /s/ Todd D. Carpenter
                                            Todd D. Carpenter