BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Andrew S. Friedman (to be admitted *pro hac vice*)
Garrett W. Wotkyns (admitted *pro hac vice*)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone:     (602) 274-1100
Facsimile:      (602) 274-1199

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Todd D. Carpenter (CA 234464)
501 West Broadway Suite 1450
San Diego, California 92101
Telephone:     (619) 756-6978
Facsimile:      (602) 274-1199

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MICROSOFT CORPORATION, a Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company, <br><br> Defendants. | CV NO. 07cv2209-L (WMC) <br><br> CERTIFICATE OF SERVICE |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

 I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is Bonnett, Fairbourn, Friedman & Balint, PC, 501 West Broadway Suite 1450, San Diego, CA 92101.

 On March 5, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) AND RULE 9(b)CERTIFICATE OF SERVICE

X By Electronic Mail (as indicated on Service List) I caused such documents to be sent by electronic mail

 I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

 Executed this 5th day of March, 2008.

         /s/ Todd D. Carpenter
         Todd D. Carpenter