**Exhibit #1**



BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, PC

| JERRY C. BONNETT | WILLIAM G. FAIRBOURN | ANDREW S. FRIEDMAN |
| FRANCIS J. BALINT, JR. | VAN BUNCH | ROBERT J. SPURLOCK |
| C. KEVIN DYKSTRA | ELAINE A. RYAN | WENDY J. HARRISON |
| ANDREW O. EVERROAD | EDWARD O. COMITZ | MICHAEL F. BEETHE |
| KATHRYN A. JANN | PATRICIA N. SYVERSON | JONATHAN S. WALLACK |
| GUY A. HANSON | KIMBERLY C. PAGE | CHRISTINA L. BANNON |
| MANFRED P. MUECKE[3] | REBECCA L. COVELL | MEREDITH L. VIVONA |
| MICHAEL C. McKAY | PATRICK T. STANLEY | DANA L. HOOPER |
| TODD D. CARPENTER[3] | WILLIAM F. KING | TONNA K. FARRAR[2] |
| KRISTIN M. MACKIN | GARRETT W. WOTKYNS | T. BRENT JORDAN[3] |
| ANDREW M. EVANS | M. JILL RENCHER | SAMANTHA M. DILLON |

MICHAEL N. WIDENER, Of Counsel

[1] Admitted Only in California
[2] Admitted Only in California, Missouri and Kansas
[3] Admitted Only in Pennsylvania and Minnesota

September 12, 2008

TODD D. CARPENTER
TCARPENTER@BFFB.COM

Gregory P. Stone
Munger, Tolles, & Olson LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560

Rosemarie T. Ring
Munger, Tolles, & Olson LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907

Re:   *Randy Nunez v. Microsoft Corporation, et al.*; Case No.07cv2208 (S.D. Cal.)

Dear Counsel:

    As you know, we represent plaintiff Randy Nunez ("Nunez") and all similarly situated California purchasers of the "*Halo 3*" video game in a class action suit against your clients Microsoft Corporation ("Microsoft") and Bungie, L.L.C. ("Bungie") (hereinafter collectively referred to as "Defendants"). In accordance with California Commercial Code §2607(3)(A), Mr. Nunez hereby provides Defendants formal written notice that they have breached the implied warranty of merchantability with respect to the defective design, manufacture and production of its *Halo 3* video game product purportedly for use on its "*Xbox 360*" video game console.

    This case and the forthcoming amended complaint arise from Mr. Nunez's purchase of the *Halo 3* video game in October of 2007 at "Gamestop," a video game retail store located at 530 Horton Plaza, San Diego, California 92101. At the time of Mr. Nunez's purchase, Defendants knew or had reason to know that *Halo 3* was being purchased by California consumers for use on Microsoft's "*Xbox 360*" video game console in accordance with the representations made on the product packaging. Following his purchase of the *Halo 3* video game, Mr. Nunez attempted to play it on his *Xbox 360*. However, the game repeatedly locked up, froze and/or crashed while being operated on the *Xbox 360*. Nunez's experience was not unique. As alleged in Plaintiff's amended complaint, Microsoft's offending conduct includes the following:

    Defendants impliedly warranted to Mr. Nunez and all similarly situated California purchasers that Halo 3 was "merchantable" within the meaning of Cal. Civ. Code §1791.1(a) and §1792. Defendants also impliedly warranted that *Halo 3* was fit for the ordinary purpose of operating on the *Xbox 360*, and conformed to the affirmation of that fact made on the *Halo 3* container. Defendants have acted in bad faith and were aware of their violations of the Song-

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC**

Page 2

Beverly Consumer Warranty Act at the time Mr. Nunez purchased *Halo 3*. Defendants have breached the implied warranty of merchantability because the *Halo 3* video games freeze, lock up and/or crash the *Xbox 360* video game console when operated in their intended use on the *Xbox 360*. Defendants continue to breach the implied warranty of merchantability to this day because they have failed to correct the defect in *Halo 3*.

As a proximate result of Defendants' breach of the implied warranty of merchantability, Nunez and the Class sustained damages including, but not limited to, the purchase price of *Halo 3*. Pursuant to Cal. Civ. Code §1791(d) and §1794(a), Nunez and the Class are entitled to damages and other legal and equitable relief including, at their election, the rights of replacement and reimbursement.[1]

Nunez and the class of similarly situated persons identified in the forthcoming amended complaint hereby demand that Defendants cease to engage in and rectify their faulty design, manufacturing, and production of the *Halo 3* video game immediately. In addition, Nunez and the class demand that Defendants pay damages to each class member in an amount equal to the purchase price of the *Halo 3* video game and/or provide to each class member, at their election, an unconditional refund, replacement or repair of their *Halo 3* video game products.

The facts and circumstances surrounding these claims are further detailed in Mr. Nunez's forthcoming First Amended Complaint, a copy of which will be served on you in accordance with the California Code of Civil Procedure upon its filing.

Very truly yours,

*Todd D. Carpenter*

Todd D. Carpenter

---

[1] Mr. Nunez also alleges that the Defendants' conduct constitutes "unfair" business acts and practices within the meaning of the California Unfair Competition Law, §§17200, et seq. of the California Business and Professions Code.

2901 N. Central Ave., Suite 1000 • Phoenix, Arizona 85012 • Tel 602/274-1100 • Fax 602/274-1199 • www.bffb.com