BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Andrew S. Friedman (to be admitted *pro hac vice*)
Garrett W. Wotkyns (admitted *pro hac vice*)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone:   (602) 274-1100
Facsimile:    (602) 274-1199

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Todd D. Carpenter (CA 234464)
501 West Broadway Suite 1450
San Diego, California 92101
Telephone:   (619) 756-6978
Facsimile:    (602) 274-1199

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, on Behalf of Himself, and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MICROSOFT CORPORATION, a Washington corporation, and BUNGIE, L.L.C., a Delaware Limited Liability Company, <br><br> Defendants. | CV NO. 07cv2209-L (WMC) <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:

I, the undersigned, declare: that I am employed in the aforesaid County; I am over the age of 18 and not a party to the within action; my business address is Bonnett, Fairbourn, Friedman & Balint, PC, 501 West Broadway Suite 1450, San Diego, CA 92101.

On September 12, 2008, I served upon the interested party(ies) in this action the foregoing document(s) described as:

FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

CERTIFICATE OF SERVICE

X   By Electronic Mail (as indicated on Service List) I caused such documents to be sent by electronic mail

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed this 12th day of September, 2008.

                                    /s/ Todd D. Carpenter
                                    Todd D. Carpenter

| | |
|---|---|
| 1 | Service List |
| 2 | |
| 3 | Gregory P. Stone / Rosemary T. Ring |

Service List

Gregory P. Stone
Munger, Tolles & Olson, LLP
355 South Grand Ave., 35th Fl.
Los Angeles, CA  90071

Email:  gregory.stone@mto.com

Rosemary T. Ring
Munger, Tolles & Olson, LLP
560 Mission Street, 27th Fl.
San Francisco, CA  94105

Email: rosemarie.ring@mto.com